| | ID Number | Offense Date | Block Address | Crime Category |
|---|---|---|---|---|
| **Oak Ridge Apartments - 5 Year Crime History Report** | | | | |
| | | | | |
| 1 | 2010000892ME | October 03, 2020 02H:35M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 2 | 2011007911ME | November 18, 2020 14H:19M:00S | 3500 WINGOOD RD MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 3 | 2009002090ME | September 05, 2020 11H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 4 | 2105009733ME | May 23, 2021 14H:12M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 5 | 2108009629ME | August 22, 2021 13H:39M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 6 | 2111000344ME | November 01, 2021 01H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 7 | 2201005991ME | January 16, 2022 08H:51M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 8 | 2203013337ME | March 31, 2022 17H:04M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 9 | 2205011601ME | May 25, 2022 06H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 10 | 2205005593ME | May 12, 2022 15H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 11 | 2207005299ME | July 11, 2022 15H:57M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 12 | 2207008426ME | July 17, 2022 16H:00M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 13 | 2310030588ME | October 25, 2023 10H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 14 | 2401023308ME | January 09, 2024 16H:44M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 15 | 2405023902ME | May 09, 2024 22H:50M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 16 | 2408024526ME | August 12, 2024 05H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 17 | 2410028516ME | October 22, 2024 04H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 18 | 2410031566ME | October 29, 2024 13H:40M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 19 | 2410031469ME | October 29, 2024 10H:15M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 20 | 2412025127ME | December 15, 2024 11H:21M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 21 | 2504030636ME | April 28, 2025 20H:15M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 22 | 2505026849ME | May 18, 2025 10H:19M:00S | 3400 WINGOOD CIR MEMPHIS TN 38018 | AGGRAVATED ASSAULT |
| 23 | 2508027397ME | August 19, 2025 19H:28M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 24 | 2508027476ME | August 19, 2025 19H:15M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | AGGRAVATED ASSAULT |
| 25 | 2104007650ME | April 19, 2021 02H:47M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ARSON |
| 26 | 2104008153ME | April 20, 2021 00H:40M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ARSON |
| 27 | 2008008700ME | August 21, 2020 04H:00M:00S | 3400 WINDGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 28 | 2011012131ME | November 29, 2020 08H:00M:00S | 3500 WINGOOD RD MEMPHIS TN 38118 | ASSAULT |
| 29 | 2009010954ME | September 24, 2020 21H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 30 | 2012009106ME | December 22, 2020 06H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 31 | 2104011996ME | April 28, 2021 17H:40M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 32 | 2105013138ME | May 31, 2021 12H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 33 | 2110011595ME | October 26, 2021 05H:15M:00S | 3400 WINGOOD CIR MEMPHIS TN 31118 | ASSAULT |
| 34 | 2201005942ME | January 16, 2022 02H:36M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 35 | 2202008446ME | February 20, 2022 18H:20M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 36 | 2112006724ME | December 16, 2021 16H:25M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | ASSAULT |
| 37 | 2201009229ME | January 24, 2022 00H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 38 | 2202011161ME | February 27, 2022 14H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 39 | 2112008481ME | December 21, 2021 09H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |

| 40 | 2112008697ME | December 21, 2021 19H:15M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
|---|---|---|---|---|
| 41 | 2204009557ME | April 21, 2022 12H:07M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | ASSAULT |
| 42 | 2206000118ME | June 01, 2022 06H:45M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 43 | 2207000993ME | July 03, 2022 01H:20M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | ASSAULT |
| 44 | 2207001182ME | July 03, 2022 10H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 45 | 2205010044ME | May 21, 2022 20H:20M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | ASSAULT |
| 46 | 2209008579ME | September 17, 2022 13H:20M:00S | 3600 WINWOOD ST MEMPHIS TN 38128 | ASSAULT |
| 47 | 2209009402ME | September 18, 2022 09H:20M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 48 | 2207011701ME | July 23, 2022 16H:50M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 49 | 2301010653ME | January 20, 2023 03H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 50 | 2305027726ME | May 18, 2023 00H:30M:00S | 3400 WINDGOOD AVE MEMPHIS TN 38111 | ASSAULT |
| 51 | 2302001754ME | February 05, 2023 05H:20M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 52 | 2303011104ME | March 22, 2023 15H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 53 | 2308008331ME | August 15, 2023 08H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 54 | 2308021059ME | August 29, 2023 23H:20M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 55 | 2309026394ME | September 15, 2023 21H:34M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 56 | 2312031844ME | December 30, 2023 23H:17M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | ASSAULT |
| 57 | 2405023902ME | May 09, 2024 22H:50M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 58 | 2405026465ME | May 15, 2024 21H:00M:00S | 3400 WINDGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 59 | 2408024102ME | August 10, 2024 16H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 60 | 2408027285ME | August 18, 2024 20H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 61 | 2406027228ME | June 17, 2024 15H:50M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | ASSAULT |
| 62 | 2406021672ME | June 04, 2024 17H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38115 | ASSAULT |
| 63 | 2407025715ME | July 13, 2024 11H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 64 | 2406028473ME | June 20, 2024 10H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 65 | 2408030254ME | August 25, 2024 20H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 66 | 2410031024ME | October 28, 2024 10H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 67 | 2412025005ME | December 14, 2024 22H:00M:00S | 3500 S WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 68 | 2507022572ME | July 06, 2025 21H:00M:00S | 3500 WINGOOD CIRCLE MEMPHIS TN 38118 | ASSAULT |
| 69 | 2508020747ME | August 02, 2025 19H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 70 | 2506020052ME | June 01, 2025 06H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ASSAULT |
| 71 | 2010013640ME | October 27, 2020 21H:30M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | BURG/BREAK & ENTER |
| 72 | 2202011161ME | February 27, 2022 14H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | BURG/BREAK & ENTER |
| 73 | 2202007673ME | February 18, 2022 05H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | BURG/BREAK & ENTER |
| 74 | 2205010044ME | May 21, 2022 20H:20M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | BURG/BREAK & ENTER |
| 75 | 2210012479ME | October 29, 2022 02H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | BURG/BREAK & ENTER |
| 76 | 2304002422ME | April 05, 2023 17H:49M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | BURG/BREAK & ENTER |
| 77 | 2307015197ME | July 26, 2023 09H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | BURG/BREAK & ENTER |
| 78 | 2102002064ME | November 04, 2020 12H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | COUNTERFEITING/FORGERY |
| 79 | 2010003318ME | October 08, 2020 05H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | DEST/DAM/VAND OF PROPERTY |
| 80 | 2101006841ME | January 17, 2021 22H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 81 | 2101000977ME | January 03, 2021 22H:30M:00S | 3500 WINGOOD CIRCLE MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |

| 82 | 2105008254ME | May 19, 2021 22H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
|---|---|---|---|---|
| 83 | 2104008153ME | April 20, 2021 00H:40M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 84 | 2105012707ME | May 29, 2021 22H:15M:00S | 3400 WINGOOD MANOR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 85 | 2105013138ME | May 31, 2021 12H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 86 | 2108000327ME | August 02, 2021 01H:50M:00S | 3500 WINGOOD CIR RD MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 87 | 2109001737ME | September 04, 2021 14H:15M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 88 | 2108009259ME | August 20, 2021 12H:00M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 89 | 2108010801ME | August 24, 2021 22H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 90 | 2106012746ME | June 27, 2021 07H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 91 | 2112001184ME | December 02, 2021 02H:20M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | DEST/DAM/VAND OF PROPERTY |
| 92 | 2112004791ME | December 12, 2021 10H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 93 | 2201005991ME | January 16, 2022 08H:51M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 94 | 2201007677ME | January 16, 2022 12H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 95 | 2112005627ME | December 13, 2021 20H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 96 | 2202003608ME | February 09, 2022 20H:55M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 97 | 2205002485ME | May 05, 2022 21H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 98 | 2204002953ME | April 05, 2022 11H:50M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 99 | 2207013030ME | July 25, 2022 19H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | DEST/DAM/VAND OF PROPERTY |
| 100 | 2205008730ME | May 17, 2022 08H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 101 | 2211006754ME | November 14, 2022 08H:20M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 102 | 2212008067ME | December 17, 2022 06H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 103 | 2307008905ME | July 16, 2023 20H:29M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | DEST/DAM/VAND OF PROPERTY |
| 104 | 2310023380ME | October 07, 2023 15H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 105 | 2311032007ME | November 29, 2023 19H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 106 | 2401024432ME | January 11, 2024 19H:29M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 107 | 2402027761ME | February 18, 2024 17H:50M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 108 | 2402027526ME | February 18, 2024 19H:15M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | DEST/DAM/VAND OF PROPERTY |
| 109 | 2408024818ME | August 12, 2024 07H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 110 | 2507025826ME | July 15, 2025 05H:36M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 111 | 2508027796ME | August 19, 2025 21H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DEST/DAM/VAND OF PROPERTY |
| 112 | 2104011996ME | April 28, 2021 17H:40M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DRUG/NARCOTIC |
| 113 | 2207005329ME | July 11, 2022 16H:39M:00S | 3500 WINGOOD CIRCLE MEMPHIS TN 38118 | DRUG/NARCOTIC |
| 114 | 2405032995ME | May 30, 2024 20H:26M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DRUG/NARCOTIC |
| 115 | 2405032995ME | May 30, 2024 20H:26M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | DRUG/NARCOTIC |
| 116 | 2011011187ME | November 24, 2020 10H:00M:00S | 3500 WINGOOD CIRCLE MEMPHIS TN 38118 | FRAUD |
| 117 | 2011005733ME | November 06, 2020 02H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | FRAUD |
| 118 | 2310028405ME | October 20, 2023 11H:15M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | FRAUD |
| 119 | 2010000892ME | October 03, 2020 02H:35M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | HOMICIDE |
| 120 | 2203013337ME | March 31, 2022 17H:04M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | HOMICIDE |
| 121 | 2403025470ME | March 14, 2024 16H:43M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | HOMICIDE |
| 122 | 2508027397ME | August 19, 2025 19H:28M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | HOMICIDE |
| 123 | 2009006185ME | September 10, 2020 17H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | LARCENY/THEFT |

| | | | | |
|---|---|---|---|---|
| 124 | 2009011064ME | September 24, 2020 23H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 125 | 2011005733ME | November 06, 2020 02H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 126 | 2011001281ME | November 03, 2020 15H:15M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 127 | 2011001895ME | November 05, 2020 01H:55M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 128 | 2101008001ME | January 19, 2021 16H:00M:00S | 3500 WINDGOOD CIR MEMPHIS TN 38018 | LARCENY/THEFT |
| 129 | 2105004693ME | May 11, 2021 08H:40M:00S | 3400 WINDGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 130 | 2106011293ME | June 25, 2021 19H:00M:00S | 3400 WINDGOOD MINOR DR MEMPHIS TN 38118 | LARCENY/THEFT |
| 131 | 2110011595ME | October 26, 2021 05H:15M:00S | 3400 WINGOOD CIR MEMPHIS TN 31118 | LARCENY/THEFT |
| 132 | 2109004116ME | September 05, 2021 12H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38116 | LARCENY/THEFT |
| 133 | 2201001543ME | January 04, 2022 18H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 134 | 2203000389ME | March 01, 2022 14H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 135 | 2210005052ME | September 23, 2022 00H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | LARCENY/THEFT |
| 136 | 2211011826ME | November 23, 2022 18H:00M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | LARCENY/THEFT |
| 137 | 2303013917ME | March 28, 2023 04H:17M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 138 | 2305024195ME | May 09, 2023 22H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 139 | 2306024296ME | June 10, 2023 02H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38117 | LARCENY/THEFT |
| 140 | 2307016550ME | July 29, 2023 20H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 141 | 2307011209ME | July 20, 2023 15H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 142 | 2310027180ME | October 16, 2023 12H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38188 | LARCENY/THEFT |
| 143 | 2312031844ME | December 30, 2023 23H:17M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | LARCENY/THEFT |
| 144 | 2402027761ME | February 18, 2024 17H:50M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 145 | 2402030665ME | February 27, 2024 00H:06M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | LARCENY/THEFT |
| 146 | 2405031682ME | May 28, 2024 07H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 147 | 2404020094ME | April 01, 2024 00H:02M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 148 | 2405026179ME | May 15, 2024 00H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 149 | 2407025989ME | July 14, 2024 00H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 150 | 2407021526ME | July 04, 2024 01H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 151 | 2407029092ME | July 21, 2024 01H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 152 | 2407029774ME | July 22, 2024 20H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 153 | 2501020578ME | December 31, 2024 11H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 154 | 2503023074ME | March 09, 2025 21H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 155 | 2412023694ME | December 11, 2024 03H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 156 | 2501024640ME | January 13, 2025 21H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 157 | 2501024071ME | January 13, 2025 00H:02M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 158 | 2504030636ME | April 28, 2025 20H:15M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 159 | 2505026892ME | May 18, 2025 01H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 160 | 2505029882ME | May 26, 2025 01H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | LARCENY/THEFT |
| 161 | 2508023550ME | August 09, 2025 23H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38115 | LARCENY/THEFT |
| 162 | 2108007628ME | August 17, 2021 18H:15M:00S | 3500 WINGOOD RD MEMPHIS TN 38115 | MOTOR VEHICLE THEFT |
| 163 | 2207001480ME | July 02, 2022 20H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | MOTOR VEHICLE THEFT |
| 164 | 2208014996ME | August 14, 2022 00H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 165 | 2207004240ME | July 05, 2022 18H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38115 | MOTOR VEHICLE THEFT |

| | | | | |
|---|---|---|---|---|
| 166 | 2301005045ME | January 09, 2023 12H:30M:00S | 3400 WINDGOOD CIRCLE MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 167 | 2211006816ME | November 13, 2022 21H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 168 | 2301014779ME | January 29, 2023 00H:01M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 169 | 2301015645ME | January 30, 2023 18H:30M:00S | 3500 WINDGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 170 | 2306024110ME | June 09, 2023 19H:58M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 171 | 2306003067ME | June 17, 2023 22H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 172 | 2309025862ME | August 24, 2023 21H:00M:00S | 3500 WINGOOD CIRCLE MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 173 | 2307014345ME | July 26, 2023 07H:15M:00S | 3400 WINGOOD  MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 174 | 2308010536ME | August 18, 2023 22H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 175 | 2308003356ME | August 06, 2023 07H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 176 | 2312030723ME | December 28, 2023 04H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 177 | 2312030685ME | December 27, 2023 20H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 178 | 2401026023ME | January 17, 2024 23H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 179 | 2401026175ME | January 19, 2024 04H:15M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 180 | 2403030395ME | March 26, 2024 23H:50M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 181 | 2406032304ME | June 29, 2024 00H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 182 | 2408024523ME | August 12, 2024 04H:50M:00S | 3500 WINGOOD CIR MEMPHIS TN 38111 | MOTOR VEHICLE THEFT |
| 183 | 2501026308ME | January 17, 2025 15H:00M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 184 | 2504025228ME | April 14, 2025 21H:30M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 185 | 2504025621ME | April 15, 2025 19H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | MOTOR VEHICLE THEFT |
| 186 | 2009003054ME | September 08, 2020 02H:37M:00S | 3400 WINGOOD CIR MEMPHIS TN 38111 | ROBBERY |
| 187 | 2205013443ME | May 29, 2022 05H:45M:00S | 3400 WINGOOD MANOR CIR MEMPHIS TN 38118 | ROBBERY |
| 188 | 2208000993ME | August 02, 2022 21H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ROBBERY |
| 189 | 2310026429ME | October 15, 2023 07H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ROBBERY |
| 190 | 2404032075ME | April 30, 2024 08H:18M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ROBBERY |
| 191 | 2405033073ME | May 31, 2024 01H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | ROBBERY |
| 192 | 2212008370ME | December 18, 2022 01H:30M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | STOLEN PROPERTY |
| 193 | 2010000892ME | October 03, 2020 02H:35M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 194 | 2203013337ME | March 31, 2022 17H:04M:00S | 3400 WINGOOD CIRCLE MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 195 | 2208000993ME | August 02, 2022 21H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 196 | 2310026429ME | October 15, 2023 07H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 197 | 2403025470ME | March 14, 2024 16H:43M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 198 | 2405033073ME | May 31, 2024 01H:00M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 199 | 2408024526ME | August 12, 2024 05H:00M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 200 | 2410031469ME | October 29, 2024 10H:15M:00S | 3500 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 201 | 2505026849ME | May 18, 2025 10H:19M:00S | 3400 WINGOOD CIR MEMPHIS TN 38018 | WEAPON LAW VIOLATION |
| 202 | 2508027397ME | August 19, 2025 19H:28M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |
| 203 | 2508027476ME | August 19, 2025 19H:15M:00S | 3400 WINGOOD CIR MEMPHIS TN 38118 | WEAPON LAW VIOLATION |